# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

RICKY L. CLINE, )
)
      Plaintiff, )
)
v. ) Case No. CIV-06-243-SPS
)
MICHAEL J. ASTRUE, )
Commissioner of the Social )
Security Administration, )
)
      Defendant. )

## JUDGMENT

On February 26, 2007, the Defendant requested that this action be remanded for further proceedings to which the Plaintiff did not object. By Order entered this date, this Court granted that Motion and ordered that this matter be remanded to the Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the ALJ's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED** this 28th day of February, 2007.

STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE